**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1419**

MARGARET REAVES,

             Plaintiff - Appellant,

      v.

AMERICAN HOME MORTGAGE SERVICING, INC., (AMHSI); OCWEN LOAN SERVICING LLC,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:15-cv-00180-FL)

Submitted: August 16, 2018                    Decided: August 20, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Margaret Reaves, Appellant Pro Se.  Dennis Kyle Deak, TROUTMAN SANDERS, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret Reaves appeals the district court's order granting Defendants' motion for judgment as a matter of law as to several of Reaves' claims, and the jury verdict in favor of Defendants as to her remaining claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Reaves' informal brief does not challenge the basis for the district court's grant of the motion for judgment, Reaves has forfeited appellate review of the court's judgment. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*